## Commonwealth *v.* Sole, Appellant.

Before HONEYMAN, J.

Argued March 17, 1969. *Daniel L. Quinlan, Jr.,* for appellant; *Lawrence A. Ruth,* Assistant District Attorney, with him *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.